UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KRYSTEN AMBER WEBBER, | ) | CASE NO. SA CV 09-35-JAK (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| MARY LATTIMORE, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 1, 2011

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\SA09CV00035JAK-J.wpd